> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 2/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EVELINA CALCANO, on behalf of herself and
all other persons similarly situated,

                    Plaintiff,

        -against-

DOSHI DENTAL PLLC d/b/a PARK 40,

                    Defendant.
-------------------------------------------------------------X

Case No. 21-cv-09347-AJN

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

      WHEREAS, plaintiff sued defendant alleging that its website violates Title III of the Americans with Disabilities Act, the New York State Human Rights Law, and the New York City Human Rights Law because the website is not fully accessible to disabled individuals; and

      WHEREAS, defendant continues to be committed to compliance with the applicable law, and the parties are amicably resolving this litigation on that basis,

      IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       January 25, 2022
       Feb

GOTTLIEB & ASSOCIATES

By: _____
    Jeffrey M. Gottlieb, Esq.
    150 E. 18th Street, Suite PHR
    New York, New York 10003
    (212) 228-9795
    nyjg@aol.com
    *Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
    Peter T. Shapiro, Esq.
    77 Water Street, Suite 2100
    New York, New York 10005
    (212) 232-1300
    Peter.Shapiro@lewisbrisbois.com
    *Attorneys for Defendant*

1

SO ORDERED:

2/28/2022

U.S.D.J